**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: E. H.                    :   No. 340 MAL 2020

                                     :

                                     :

PETITION OF: E. H.          :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.